No. 02–11234. PALMA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–11235. WILDER *v.* UNITED STATES; and
No. 03–6121. HALEY, AKA SCOTT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 66 Fed. Appx. 455.

No. 02–11236. WHEATLAND *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11237. PETERSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Dist. Ct. App. Fla., 4th· Dist. Certiorari denied.

No. 02–11239. YORK *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 02–11240. O'BRYAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–11241. WILSON *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–11242. TURNER *v.* HARRELL. Ct. Civ. App. Ala. Certiorari denied.

No. 02–11243. VALDOVINOS *v.* GIURBINO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–11244. WASHINGTON *v.* WOLFENBARGER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–11245. JONES *v.* MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 02–11246. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–11247. BURKE *v.* RHODE ISLAND. Sup. Ct. R. I. Certiorari denied.

No. 02–11248. BROWN *v.* JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 02–11249. BLANKENSHIP *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.